Opinion issued March
10, 2011








 

 

 

 



 









 








 

     

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-10-00273-CV

____________

 

CHESTER HARRELL, Appellant

 

V.

 

SEAMAR MARINE SERVICES, LLC, Appellee

 

 

 



On Appeal from the 268th District Court 

Fort Bend County, Texas

Trial Court Cause No. 09-DCV-172022

 

 

 



MEMORANDUM
OPINION

          This is an
appeal from a judgment signed March 12, 2010.  On October 26, 2010, the parties filed a joint
motion to dismiss, indicating they have settled all claims in this case. See Tex.
R. App. P. 42.1. 

The motion is granted, and the appeal
is dismissed.  See Tex. R. App. P. 42.1(a)(2), 43.2(e).  The Clerk is directed to issue mandate within
10 days of the date of this opinion.  See
Tex. R. App. P. 18.1.

                                                PER CURIAM

 

Panel consists of
Justices Keyes, Sharp, and Massengale.